UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE SMITH o/b/o J.N.M.S.U., <br><br> Plaintiff, <br><br> vs. <br><br> CAROLYN W. COLVIN, Commissioner of Social Security, <br><br> Defendant. | CASE NO. CV 13-6827 AGR <br><br> JUDGMENT |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the judgment be entered for the defendant, the Commissioner of Social Security Administration.

DATED: May 29, 2014

_____
ALICIA G. ROSENBERG
United States Magistrate Judge